UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELANA YEGER and ITAMAR YEGER, as Parents and Natural Guardians of J.Y., and ELANA YEGER and ITAMAR YEGER, Individually,

                          Plaintiffs,

-against-

THE EAST RAMAPO CENTRAL SCHOOL DISTRICT,

                          Defendant.

---

7:21-CV-6822 (VB)

ORDER OF SERVICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-1-21

VINCENT L. BRICCETTI, United States District Judge:

    Plaintiffs, who are proceeding *pro se*, paid the relevant fees to commence this action.

    The Clerk of Court is directed to issue a summons as to the East Ramapo Central School District. Plaintiffs are directed to serve the summons and complaint on the East Ramapo Central School District within 90 days of the issuance of the summons. If within those 90 days, Plaintiffs have not either served the East Ramapo Central School District or requested an extension of time to do so, the Court may dismiss the claims against the East Ramapo Central School District under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiffs, together with an information package.

SO ORDERED.

Dated:   September 1, 2021
            White Plains, New York

                                                   VINCENT L. BRICCETTI
                                                   United States District Judge