UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELANA L. YEGER and ITAMAR YEGER,
each individually and as parents and natural
guardians of J.Y.,
             Plaintiffs,

v.

THE EAST RAMAPO CENTRAL SCHOOL
DISTRICT,
             Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 6822 (VB)

    This case is scheduled for an initial pre-trial conference, to proceed by telephone, on November 10, 2021, at 3:00 p.m.  By November 3, 2021, plaintiffs and defense counsel shall file on the ECF docket their proposed Civil Case Discovery Plan and Scheduling Order.

    Chambers will mail a copy of this Order to plaintiffs at the address on the docket.

Dated: October 8, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge