UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELANA L. YEGER and ITAMAR YEGER,
individually and on behalf of J.Y.,

                Plaintiffs,                21 **CIVIL** 6822 (VB)

      -against-                        **JUDGMENT**

THE EAST RAMAPO CENTRAL SCHOOL
DISTRICT,
                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 7, 2022, The Parents' motion for summary judgment is DENIED. The District's motion for summary judgment is GRANTED. Accordingly, the decision of the state review officer is affirmed with respect to both the 2019-2020 and 2020-2021 school years. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Opinion and Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).; accordingly, the case is closed.

**Dated:**  New York, New York
         November 9, 2022

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                 **BY:**

                                                             **Deputy Clerk**